# Carol A. Dean

# Proof of Income
# Filed pursuant to rule 1007-4

# Case No. 19-22268

**THE GROVE AT WASHINGTON**
1198 W WYLIE AVE WASHINGTON, PA 153011634

**PAYROLL STUB**

PSD: ▮▮▮▮▮
Telephone Number (724) 222-2148

| Check Number | Period End. | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 106188 | 06/01/19 | DEAN, CAROL | ▮▮▮▮ | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 22.75 | 21.0100 | 477.98 | UNION N | 28.59 | POL.FNN | 5.00 |
| VAC | 52.50 | 21.0100 | 1103.03 | LST N | 2.00 | DDEP-1N | 1007.68 |
| WKNDCNA | 07.50 | 1.0000 | 7.50 | HEALTHT | 86.95 | DENTALT | 46.90 |
| | | | | VISIONT | 5.79 | COLONIN | 20.85 |
| | | | | AFL-PRT | 14.70 | AFL-PON | 52.92 |
| | | | | STRIKEN | 1.00 | | |

Sick 67.50 VAC 60.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1588.51 | 147.10 | 44.03 | 14.34 | 88.92 | 20.79 | 0.95 | 1007.68 |
| YR TO DATE | 19068.47 | 1742.75 | 519.98 | 169.38 | 1050.11 | 245.59 | 11.44 | |

Software by Reliable Health Systems, Inc

RETAIN THIS FOR YOUR RECORDS

**THE GROVE AT WASHINGTON**
1198 W. WYLIE AVE WASHINGTON, PA 153011634

**PAYROLL STUB**

PSD: ▓▓▓▓
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 106022 | 05/04/19 | DEAN, CAROL | ▓▓▓▓ | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 55.00 | 21.0100 | 1155.55 | UNION N | 24.21 | POL.FNN | 5.00 |
| HOLIDAY | 07.50 | 21.0100 | 157.58 | LST   N | 2.00 | DDEP-1N | 826.35 |
| DIFFER | 16.00 | 0.5000 | 8.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
| WKNDCNA | 23.75 | 1.0000 | 23.75 | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 14.70 | AFL-PON | 52.92 |
|  |  |  |  | STRIKEN | 1.00 |  |  |

Sick 0.00  VAC 0.33

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
|  | 1344.88 | 117.86 | 36.55 | 11.91 | 73.82 | 17.26 | 0.81 | 826.35 |
| YR TO DATE | 16520.00 | 1523.98 | 451.22 | 146.98 | 911.25 | 213.11 | 9.91 |  |

Software by Reliable Health Systems, Inc.

---

**THE GROVE AT WASHINGTON**
1198 W. WYLIE AVE WASHINGTON, PA 153011634

**PAYROLL STUB**

PSD: ▓▓▓▓
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 106108 | 05/18/19 | DEAN, CAROL | ▓▓▓▓ | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 08.00 | 21.0100 | 168.08 | UNION N | 17.28 | POL.FNN | 5.00 |
| VAC | 37.50 | 21.0100 | 787.88 | LST   N | 2.00 | DDEP-1N | 540.90 |
| DIFFER | 08.00 | 0.5000 | 4.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
|  |  |  |  | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 14.70 | AFL-PON | 52.92 |

Sick 67.50  VAC 112.8

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
|  | 959.96 | 71.67 | 24.73 | 8.06 | 49.95 | 11.68 | 0.58 | 540.90 |
| YR TO DATE | 17479.96 | 1595.65 | 475.95 | 155.04 | 961.19 | 224.80 | 10.49 |  |

Software by Reliable Health Systems, Inc.

**THE GROVE AT WASHINGTON**
1198 W WYLIE AVE WASHINGTON, PA 153011634 — **PAYROLL STUB**
PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105863 | 04/06/19 | DEAN, CAROL | [redacted] | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 71.00 | 21.0100 | 1491.71 | UNION N | 27.22 | POL.FNN | 5.00 |
| OT | 07.50 | 31.5150 | 236.36 | LST N | 2.00 | DDEP-1N | 1130.84 |
| WKNDCNA | 20.25 | 1.0000 | 20.25 | HEALTHT | 86.95 | DENTALT | 46.90 |
| | | | | VISIONT | 5.79 | COLONIN | 20.85 |
| | | | | AFL-PRT | 14.70 | AFL-PON | 52.92 |
| | | | | STRIKEN | 1.00 | | |

Sick 0.00   VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1748.32 | 166.28 | 48.94 | 15.94 | 98.83 | 23.11 | 1.05 | 1130.84 |
| YR TO DATE | 13718.93 | 1274.90 | 374.70 | 122.05 | 756.72 | 176.97 | 8.23 | |

Software by Reliable Health Systems, Inc.

RETAIN THIS FOR YOUR RECORDS

---

**THE GROVE AT WASHINGTON**
1198 W.WYLIE AVE WASHINGTON, PA 153011634 — **PAYROLL STUB**
PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105943 | 04/20/19 | DEAN, CAROL | [redacted] | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 63.50 | 21.0100 | 1334.14 | UNION N | 24.51 | POL.FNN | 5.00 |
| OT | 03.00 | 31.5150 | 94.55 | LST N | 2.00 | DDEP-1N | 911.90 |
| DIFFER | 08.00 | 0.5000 | 4.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
| WKNDCNA | 23.50 | 1.0000 | 23.50 | VISIONT | 5.79 | COLONIN | 20.85 |
| | | | | AFL-PRT | 14.70 | AFL-PON | 52.92 |

Sick 0.00   VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1456.19 | 131.22 | 39.97 | 13.02 | 80.71 | 18.88 | 0.87 | 911.90 |
| YR TO DATE | 15175.12 | 1406.12 | 414.67 | 135.07 | 837.43 | 195.85 | 9.10 | |

Software by Reliable Health Systems, Inc.

RETAIN THIS FOR YOUR RECORDS

**THE GROVE AT WASHINGTON** — PAYROLL STUB
1198 W. WYLIE AVE WASHINGTON, PA 153011634
Telephone Number: (724) 222-2148

PSD: [redacted]
Rate/Salary: 21.0100  Department: 3838.0000  Deps: S 0  Res: Y

| Check Number | Period End | Name |
|---|---|---|
| 105715 | 03/09/19 | DEAN, CAROL |

| DESCRIPTION | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REG | 71.75 | 21.0100 | 1507.47 |
| OT | 13.25 | 31.5150 | 417.57 |
| WKNDCNA | 23.75 | 1.0000 | 23.75 |

DEDUCTIONS THIS PAY:
| | | | |
|---|---|---|---|
| UNION N | 27.56 | POL.FNN | 5.00 |
| LST   N | 2.00 | DDEP-1N | 1270.30 |
| HEALTHT | 86.95 | DENTALT | 46.90 |
| VISIONT | 5.79 | COLONIN | 20.85 |
| AFL-PRT | 14.70 | AFL-PON | 52.92 |
| STRIKEN | 1.00 | | |

Sick 0.00  VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1948.79 | 203.34 | 55.09 | 17.94 | 111.26 | 26.02 | 1.17 | 1270.30 |
| YR TO DATE | 10291.32 | 950.63 | 278.94 | 90.86 | 563.34 | 131.75 | 6.17 | |

Software by Reliable Health Systems, Inc.

---

**THE GROVE AT WASHINGTON** — PAYROLL STUB
1198 W. WYLIE AVE WASHINGTON, PA 153011634
Telephone Number: (724) 222-2148

PSD: [redacted]
Rate/Salary: 21.0100  Department: 3838.0000  Deps: S 0  Res: Y

| Check Number | Period End | Name |
|---|---|---|
| 105788 | 03/23/19 | DEAN, CAROL |

| DESCRIPTION | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REG | 67.00 | 21.0100 | 1407.67 |
| OT | 08.00 | 31.5150 | 252.12 |
| WKNDCNA | 19.50 | 1.0000 | 19.50 |

DEDUCTIONS THIS PAY:
| | | | |
|---|---|---|---|
| UNION N | 25.69 | POL.FNN | 5.00 |
| LST   N | 2.00 | DDEP-1N | 1080.76 |
| HEALTHT | 86.95 | DENTALT | 46.90 |
| VISIONT | 5.79 | COLONIN | 20.85 |
| AFL-PRT | 14.70 | AFL-PON | 52.92 |

Sick 0.00  VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1679.29 | 157.99 | 46.82 | 15.25 | 94.55 | 22.11 | 1.01 | 1080.76 |
| YR TO DATE | 11970.61 | 1108. | 325.76 | 106.11 | 657.89 | 153.86 | 7.18 | |

Software by Reliable Health Systems, Inc.

## THE GROVE AT WASHINGTON
1198 W WYLIE AVE WASHINGTON, PA 153011634

**PAYROLL STUB**

PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105556 | 02/09/19 | DEAN, CAROL | [redacted] | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 31.25 | 20.8600 | 651.88 | UNION N | 26.86 | POL.FNN | 5.00 |
| REG | 39.25 | 21.0100 | 824.64 | LST N | 2.00 | DDEP-1N | 1013.92 |
| OT | 03.25 | 31.5150 | 102.42 | HEALTHT | 86.95 | DENTALT | 46.90 |
| WKNDCNA | 15.50 | 1.0000 | 15.50 | VISIONT | 5.79 | COLONIN | 20.85 |
| | | | | AFL-PRT | 14.70 | AFL-PON | 52.92 |
| | | | | STRIKEN | 1.00 | | |

Sick 0.00 VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1594.44 | 147.81 | 44.21 | 14.40 | 89.29 | 20.88 | 0.96 | 1013.92 |
| YR TO DATE | 6490.66 | 565.28 | 171.74 | 55.94 | 346.84 | 81.11 | 3.89 | |

Software by Reliable Health Systems, Inc.

---

## THE GROVE AT WASHINGTON
1198 W WYLIE AVE WASHINGTON, PA 153011634

**PAYROLL STUB**

PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105637 | 02/23/19 | DEAN, CAROL | [redacted] | 21.0100 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 68.25 | 21.0100 | 1433.93 | UNION N | 26.24 | POL.FNN | 5.00 |
| OT | 12.50 | 31.5150 | 393.94 | LST N | 2.00 | DDEP-1N | 1208.45 |
| WKNDCNA | 24.00 | 1.0000 | 24.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
| | | | | VISIONT | 5.79 | COLONIN | 20.85 |
| | | | | AFL-PRT | 14.70 | AFL-PON | 52.92 |

Sick 0.00 VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1851.87 | 182.01 | 52.11 | 16.98 | 105.25 | 24.61 | 1.11 | 1208.45 |
| YR TO DATE | 8342.53 | 747.29 | 223.85 | 72.92 | 452.08 | 105.73 | 5.00 | |

Software by Reliable Health Systems, Inc.

## THE GROVE AT WASHINGTON
1198 W. WYLIE AVE WASHINGTON, PA 153011634 — PAYROLL STUB

PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105403 | 01/12/19 | DEAN, CAROL | [redacted] | 20.8600 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 70.00 | 20.8600 | 1460.20 | UNION N | 29.41 | POL.FNN | 5.00 |
| HOLIDAY | 07.50 | 20.8600 | 156.45 | LST N | 2.00 | DDEP-1N | 1114.99 |
| WKNDCNA | 17.50 | 1.0000 | 17.50 | HEALTHT | 86.95 | DENTALT | 46.90 |
| HOT | 07.50 | 31.2900 | 234.68 | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 14.70 | AFL-PON | 52.92 |
|  |  |  |  | MID-SLT | 139.64 |  |  |

Sick 0.00  VAC 10.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1868.83 | 163.98 | 48.35 | 15.75 | 97.64 | 22.84 | 1.12 | 1114.99 |
| YR TO DATE | 3492.05 | 315.25 | 93.44 | 30.44 | 188.72 | 44.13 | 2.09 | |

Software by Reliable Health Systems, Inc.

---

## THE GROVE AT WASHINGTON
1198 W. WYLIE AVE WASHINGTON, PA 153011634 — PAYROLL STUB

PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105483 | 01/26/19 | DEAN, CAROL | [redacted] | 20.8600 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 54.00 | 20.8600 | 1126.44 | UNION N | 24.38 | POL.FNN | 5.00 |
| VAC | 10.00 | 20.8600 | 208.60 | LST N | 2.00 | DDEP-1N | 727.76 |
| DIFFER | 07.75 | 0.5000 | 3.88 | HEALTHT | 86.95 | DENTALT | 46.90 |
| WKNDCNA | 15.25 | 1.0000 | 15.25 | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 14.70 | AFL-PON | 52.92 |
|  |  |  |  | MID-SLT | 139.64 |  |  |

Sick 0.00  VAC 0.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1354.17 | 102.22 | 32.55 | 10.60 | 65.73 | 15.37 | 0.81 | 727.76 |
| YR TO DATE | 4846.22 | 417.47 | 125.99 | 41.04 | 254.44 | 59.51 | 2.90 | |

Software by Reliable Health Systems, Inc.

| THE GROVE AT WASHINGTON | | | PAYROLL STUB | | PSD: ███ | | | |
|---|---|---|---|---|---|---|---|---|
| 1198 W WYLIE AVE WASHINGTON, PA 153011634 | | | | | Telephone Number (724) 222-2148 | | | |
| Check Number | Period End | Name | | I.D. No | Rate/Salary | Department | Deps | Res |
| 105325 | 12/30/18 | DEAN, CAROL | | ███ | 20.8600 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 69.50 | 20.8600 | 1449.77 | UNION N | 29.22 | POL.FNN | 5.00 |
| HOLIDAY | 07.50 | 20.8600 | 156.45 | LST   N | 2.00 | DDEP-1N | 1033.50 |
| WKNDCNA | 17.00 | 1.0000 | 17.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
| | | | | VISIONT | 5.79 | COLONIN | 20.85 |
| | | | | AFL-PRT | 14.70 | AFL-PON | 52.92 |
| | | | | STRIKEN | 1.00 | | |

Sick 0.00  VAC 10.33

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1623.22 | 151.27 | 45.09 | 14.69 | 91.07 | 21.30 | 0.97 | 1033.50 |
| YR TO DATE | 1623.22 | 151.27 | 45.09 | 14.69 | 91.07 | 21.30 | 0.97 | |

Software by Reliable Health Systems, Inc.

RETAIN THIS FOR YOUR RECORDS

## Payroll Stub 1

**THE GROVE AT WASHINGTON**
1198 W WYLIE AVE WASHINGTON, PA 153011634
**PAYROLL STUB**
PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105171 | 12/01/18 | DEAN, CAROL | [redacted] | 20.8600 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 66.50 | 20.8600 | 1387.19 | UNION N | 28.06 | POL.FNN | 5.00 |
| HOLIDAY | 07.50 | 20.8600 | 156.45 | LST N | 2.00 | DDEP-1N | 993.06 |
| WKNDCNA | 15.00 | 1.0000 | 15.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
| HOT | 07.50 | 31.2900 | 234.68 | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 29.40 | AFL-PON | 105.84 |
|  |  |  |  | STRIKEN | 1.00 | OTHER | 139.64 |

Sick 0.00 VAC 10.33

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
|  | 1793.32 | 153.75 | 45.58 | 14.85 | 92.04 | 21.53 | 1.08 | 993.06 |
| YR TO DATE | 42776.54 | 4239.85 | 1206.12 | 392.84 | 2435.79 | 569.66 | 25.66 |  |

Software by Reliable Health Systems, Inc.

## Payroll Stub 2

**THE GROVE AT WASHINGTON**
1198 W WYLIE AVE WASHINGTON, PA 153011634
**PAYROLL STUB**
PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105248 | 12/15/18 | DEAN, CAROL | [redacted] | 20.8600 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 70.00 | 20.8600 | 1460.20 | UNION N | 26.55 | POL.FNN | 5.00 |
| OT | 02.25 | 31.2900 | 70.40 | LST N | 2.00 | DDEP-1N | 870.89 |
| WKNDCNA | 15.00 | 1.0000 | 15.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
|  |  |  |  | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 14.70 | AFL-PON | 52.92 |
|  |  |  |  | MID-SLT | 139.64 |  |  |

Sick 0.00 VAC 10.33

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
|  | 1545.60 | 125.79 | 38.42 | 12.52 | 77.60 | 18.15 | 0.93 | 870.89 |
| YR TO DATE | 44322.14 | 4365.64 | 1244.54 | 405.36 | 2513.39 | 587.81 | 26.59 |  |

Software by Reliable Health Systems, Inc.

## Payroll Stub 3

**THE GROVE AT WASHINGTON**
1198 W WYLIE AVE WASHINGTON, PA 153011634
**PAYROLL STUB**
PSD: [redacted]
Telephone Number: (724) 222-2148

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 105325 | 12/30/18 | DEAN, CAROL | [redacted] | 20.8600 | 3838.0000 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 69.50 | 20.8600 | 1449.77 | UNION N | 29.22 | POL.FNN | 5.00 |
| HOLIDAY | 07.50 | 20.8600 | 156.45 | LST N | 2.00 | DDEP-1N | 1033.50 |
| WKNDCNA | 17.00 | 1.0000 | 17.00 | HEALTHT | 86.95 | DENTALT | 46.90 |
|  |  |  |  | VISIONT | 5.79 | COLONIN | 20.85 |
|  |  |  |  | AFL-PRT | 14.70 | AFL-PON | 52.92 |
|  |  |  |  | STRIKEN | 1.00 |  |  |

Sick 0.00 VAC 10.33

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
|  | 1623.22 | 151.27 | 45.09 | 14.69 | 91.07 | 21.30 | 0.97 | 1033.50 |
| YR TO DATE | 1623.22 | 151.27 | 45.09 | 14.69 | 91.07 | 21.30 | 0.97 |  |

Software by Reliable Health Systems, Inc.