IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Carol A. Dean, ) | Case No. 19-22268 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Carol A. Dean, ) | Related to Document No. 20 |
| Social Security No. XXX-XX- 0362 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| The Grave at Washington and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 5, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee                Carol A. Dean
Suite 3250 – US Steel Tower                605 Manifold Road
600 Grant Street                                      Washington, PA 15301
Pittsburgh, PA 15219

The Grave at Washington
Attn: Payroll Department
1198 W Wylie Ave.
Washington, PA 15301-1634

Date of Service:        August 5, 2019        /s/ Kenneth Steidl
                                                                  Kenneth Steidl, Esquire
                                                                  STEIDL & STEINBERG
                                                                  28th Floor, Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA 15219
                                                                  (412) 391-8000
                                                                  PA I.D. 34965