IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Carol A. Dean, | ) | Case No. 19-22268 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Carol A. Dean, | ) | Related to Document No. 27 |
| Social Security No. XXX-XX- 0362 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| The Grove at Washington and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 22, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Carol A. Dean
605 Manifold Road
Washington, PA 15301

The Grove at Washington
Attn: Payroll Department
1198 W Wylie Ave.
Washington, PA 15301-1634

Date of Service:    August 22, 2019    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965