Form 309

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Carol A. Dean**                                                                 :   Case No. 19−22268−CMB
*Debtor(s)*                                                                         :   Chapter: 13
                                                                                          :
                                                                                          :
                                                                                          :
                                                                                          :
                                                                                          :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 20th of December, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22268-CMB
Carol A. Dean                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw               Page 1 of 1            Date Rcvd: Dec 20, 2019
                              Form ID: 309             Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Carol A. Dean,    605 Manifold Road,    Washington, PA 15301-9601
15064566       +Citizens Bank Mastercard,    c/o Stillman Law Offices,    50 Tower Office Park,
                 Woburn, MA 01801-2113
15077523       +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
15064567       +KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 Philadelphia, PA 19106-1541
15064570       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
15064569       +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15103325       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
15104894       +PNC Bank, National Association,    Attn: Bankruptcy,    P.O. Box 94982,
                 Cleveland, OH 44101-4982
15064571       +Washington County Tax Claim Bureau,    100 West Beau Street, Ste. 205,
                 Washington, PA 15301-4483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15064568       +EDI: AGFINANCE.COM Dec 21 2019 07:48:00      One Main Financial,    2 North Main St.,
                 Washington, PA 15301-4508
15092071       +EDI: AGFINANCE.COM Dec 21 2019 07:48:00      Onemain,    PO Box 3251,   Evansville, IN 47731-3251
15098841        EDI: AIS.COM Dec 21 2019 07:48:00      Verizon,    by American InfoSource as agent,   PO Box 4457,
                 Houston, TX  77210-4457
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor Carol A. Dean julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```