**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CAROL A. DEAN

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:19-22268

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/05/2019 and confirmed on 08/09/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 615.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 615.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 69.09 | |
|   Trustee Fee | 18.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 87.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 332.91 | 0.00 | 332.91 |
|     Acct: 8950 | | | | |
|   PNC BANK NA | 11,862.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 8950 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 11,617.30 | 0.92 | 193.63 | 194.55 |
|     Acct: 3125 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREAU | 3,678.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 0100 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREAU | 890.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   WASHINGTON COUNTY TAX CLM BUREAU | 1,159.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 0600 | | | | |
| | | | | 527.46 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAROL A. DEAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-22268 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   STEIDL & STEINBERG | 2,435.92 | 5.01 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 64.08 | 64.08 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIZENS BANK* | 732.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 6121 | | | | |
|   PNC BANK NA | 1,188.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 6863 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 263.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS      527.46

TOTAL CLAIMED
PRIORITY      0.00
SECURED      29,208.73
UNSECURED      2.184.00

Date: 01/16/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com